In the Matter of STATE OF NEW YORK, Respondent, v HAROLD WILKES, Appellant. (Appeal No. 1.) [907 NYS2d 903]— Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 2, 2009 in a proceeding pursuant to Mental Hygiene Law article 10. The order denied the motion of respondent to dismiss the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ. **[Prior Case History: 23 Misc 3d 1123(A), 2009 NY Slip Op 50899(U).]**